**Fill in this information to identify the case:**

Debtor name: **Clarke Gibson Restaurant Group, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): **24-30242**

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

   *Column A* **Amount of claim** Do not deduct the value of collateral.
   *Column B* **Value of collateral that supports this claim**

**2.1**

Creditor's name: **Amsterdam Capital Group Inc.**

Creditor's mailing address: **135 E 57th St. Ste 110**

**New York    NY    10022**

Creditor's email address, if known:

Date debt was incurred:

Last 4 digits of account number: ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien: **Accounts Receivables, Cash**

Describe the lien: **Lien / Agreement**

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

Is anyone else liable on this claim?
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$18,500.00    $18,500.00

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $50,000.00

Debtor **Clarke Gibson Restaurant Group, LLC**    Case number (if known) **24-30242**

### Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

---

**2.2**

**Creditor's name**
**Rhodes Lang Consulting**

**Creditor's mailing address**
**5414 Wisteria Brook Ln**

**Spring        TX    77379**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**Accounts Receivables, Cash**

**Describe the lien**
**Lien / Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$11,500.00**    **$11,500.00**

---

**2.3**

**Creditor's name**
**Unity National Bank**

**Creditor's mailing address**
**2602 Blodgett St.**

**Houston        TX    77004**

**Creditor's email address, if known**

**Date debt was incurred**   **9/1/2014**

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**Accounts Receivable, Cash**

**Describe the lien**
**Lien / Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$20,000.00**    **$20,000.00**

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor | **Clarke Gibson Restaurant Group, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **24-30242** |

☑ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**
**Internal Revenue Service**
**P.O. Box 21126**

**Philadelphia        PA      19114**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  ___  ___  ___  ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(  **8**  )

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **Unknown**
Priority amount: **Unknown**

---

Official Form 206E/F         Schedule E/F: Creditors Who Have Unsecured Claims         page 1

Debtor  **Clarke Gibson Restaurant Group, LLC**  Case number (if known)  **24-30242**

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

**Alt Cap**
**300 E 39th Street, Suite 3G**

**Kansas City**   **MO**   **64111**

Date or dates debt was incurred
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Card**

Is the claim subject to offset?
☒ No
☐ Yes

**$25,000.00**

---

**3.2** Nonpriority creditor's name and mailing address

**American Express**
**P.O Box 96001**

**Los Angeles**   **CA**   **90096-8000**

Date or dates debt was incurred
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Card**

Is the claim subject to offset?
☒ No
☐ Yes

**$3,200.00**

---

**3.3** Nonpriority creditor's name and mailing address

**Chase Business**
**P.O. Box 15299**

**Wilmington**   **DE**   **19850-5299**

Date or dates debt was incurred
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Card**

Is the claim subject to offset?
☒ No
☐ Yes

**$15,000.00**

---

**3.4** Nonpriority creditor's name and mailing address

**Khan Development Inc**
**P.O. Box 680608**

**Houston**   **TX**   **77268**

Date or dates debt was incurred
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Contract/Lease**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

---

Debtor **Clarke Gibson Restaurant Group, LLC**    Case number (if known) **24-30242**

### Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5** Nonpriority creditor's name and mailing address    **$8,147.04**

**PayPal Business**
**P.O. Box 530075**

**Atlanta    GA    30353-0075**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

---

**3.6** Nonpriority creditor's name and mailing address    **$4,244.41**

**Restaurant Technologies**
**8781 West Rd Suite 190**

**Houston    TX    77064**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Debt**

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

---

**3.7** Nonpriority creditor's name and mailing address    **$16,000.00**

**Rewards Network Cash Advance**
**540 W Madison St Suite 2400**

**Chicago    IL    60661**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred **7/2023**
Last 4 digits of account number ___ ___ ___ ___

---

**3.8** Nonpriority creditor's name and mailing address    **$150,000.00**

**Small Business Administration**
**P.O. Box 3918**

**Portland    OR    97208-3918**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money Loaned**

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred **6/2023**
Last 4 digits of account number ___ ___ ___ ___

| Debtor | **Clarke Gibson Restaurant Group, LLC** | Case number (if known) | **24-30242** |
|---|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|   |   |   | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. + | $221,591.45 |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | **$221,591.45** |