| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Clarke Gibson Restaurant Group, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | 24-30242 |

☑ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Small Business Administration P.O. Box 3918 Portland, OR 97208-3918 | | Money Loaned | | | | $150,000.00 |
| 2 | Alt Cap 300 E 39th Street, Suite 3G Kansas City, Missouri 64111 | | Credit Card | | | | $25,000.00 |
| 3 | Rewards Network Cash Advance 540 W Madison St Suite 2400 Chicago, Illinois 60661 | | Credit Card | | | | $16,000.00 |
| 4 | Chase Business P.O. Box 15299 Wilmington, DE 19850-5299 | | Credit Card | | | | $15,000.00 |
| 5 | PayPal Business P.O. Box 530075 Atlanta, GA 30353-0075 | | Credit Card | | | | $8,147.04 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor **Clarke Gibson Restaurant Group, LLC**
Name

Case number (if known) **24-30242**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  Restaurant Technologies 8781 West Rd Suite 190 Houston, Texas 77064 | | Unsecured Debt | | | | $4,244.41 |
| 7  American Express P.O Box 96001 Los Angeles, CA 90096-8000 | | Credit Card | | | | $3,200.00 |
| 8  Khan Development Inc P.O. Box 680608 Houston Texas 77268 | | Contract/Lease | | | | $0.00 |
| 9  Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114 | | Taxes | | | | $0.00 |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 2