IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-30242 |
| CLARKE GIBSON RESTARUANT GROUP, LLC | § | |
| | § | Chapter 11 |
| | § | |
| Debtor | § | |

**UNOPPOSED MOTION TO DISMISS VOLUNTARY PETITION**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.**

**IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**A HEARING WILL BE CONDUCTED ON THIS MATTER ON JULY 9, 2024 @ 11AM IN COURTROOM 403, 515 RUSK ST. HOUSTON, TEXAS 77002. THE HEARING WILL BE HELD ON A HYBRID BASIS. PARTIES MAY APPEAR EITHER REMOTELY OR IN PERSON UNLESS THE COURT ORDERS OTHERWISE.**

**TO APPEAR ELECTRONICALLY GO TO https://www.gotomeet.me/JudgeNorman. YOU MUST CONNECT BY TELEPHONE: 832-917-1510. CONFERENCE CODE NO: 174086**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, CLARKE GIBSON RESTARUANT GROUP, LLC, Debtor in the above-referenced Bankruptcy Case and files this Unopposed Motion to Dismiss Voluntary Petition and

support thereof would show the following:

I.

CLARKE GIBSON RESTARUANT GROUP, LLC, filed a voluntary petition under Chapter 11 of the Bankruptcy Code on January 24, 2024, that commenced this bankruptcy case.

II.

The Debtor now believes that it can affect reorganization outside the scope of the protection afforded to the Debtor under Title 11 of the United States Code.

III.

Debtor is current on its U.S. Trustee Quarterly Fees. Debtor has also filed its latest operating report for the period of April 2024. Debtor anticipates that Debtor's May operating report will be filed prior to a hearing set on the instant motion.

IV.

The Debtor no longer desires to pursue this matter in Bankruptcy Court. Debtor's attorney has contacted Jana Whitworth of the U.S. Trustee's office. She does not oppose the filing of this motion.

WHEREFORE, Debtor prays that the Order for Relief resulting from the filing of the voluntary petition for relief under Chapter 11 of the Code be dismissed without prejudice, and that this Court grant to Debtor such other and further relief to which Debtor may be justly entitled.

Dated:  June 6, 2024

Respectfully submitted,

By: */s/ Aaron W. McCardell Sr.*
Aaron W. McCardell Sr.
TBN: 24120996
SDOT: 3611005
440 Louisiana Street, Ste. 1575
Houston, TX 77002
713-236-8736
713-236-8990 (Fax)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of this Motion was delivered by U.S. Mail, Postage Prepaid, facsimile, and/or electronic delivery to the creditors, the United States Trustee, equity holders, those parties registered to receive electronic notice of filings in this case through the Court's ECF notification, all parties requesting notice, and all affected parties listed in the attached service list on this 6th day of June 2024.

*/s/ Aaron W. McCardell Sr.*
Aaron W. McCardell Sr.

```
Label Matrix for local noticing          Clarke Gibson Restaurant Group, LLC      Harris County ESD #09
0541-4                                   8604 HWY 6 N                             Linebarger Goggan Blair & Sampson LLP
Case 24-30242                            Houston, TX 77095-2101                   c/o Jeannie L. Andresen
Southern District of Texas                                                        PO Box 3064
Houston                                                                           Houston, TX 77253-3064
Thu Jun  6 21:14:19 CDT 2024

Harris County, ATTN: Property Tax Division   Lone Star College System             Texas Comptroller of Public Accounts, Revenu
Harris County Attorney's Office              Linebarger Goggan Blair & Sampson LLP Kimberly A. Walsh
P.O. Box 2848                                c/o Jeannie Lee Andresen             PO Box 12548
Houston, TX 77252-2848                       PO Box 3064                          Austin, TX 78711-2548
                                             Houston, TX 77253-3064

Unity National Bank                      4                                        Alt Cap
c/o Bickerstaff Heath Delgado Acosta LLP United States Bankruptcy Court           300 E 39th Street, Suite 3G
5444 Westheimer Rd.                      PO Box 61010                             Kansas City, Missouri 64111-1531
Suite 1000                               Houston, TX 77208-1010
Houston, TX 77056-5318

AltCap Texas                             American Express                         American Express National Bank
c/o Lynn Hamilton Butler                 P.O Box 96001                            c/o Becket and Lee LLP
Husch Blackwell LLP                      Los Angeles, CA 90096-8000               PO Box 3001
111 Congress Avenue, Suite 1400                                                   Malvern  PA 19355-0701
Austin, TX 78701-4093

Amsterdam Capital Group Inc.             Amsterdam Capital Group Inc.             Carl Grady Thomas III
135 E 57th St. Ste 110                   150 Worth Avenue                         8604 HWY 6 North
New York, NY 10022-2182                  Suite 224                                Houston Texas 77095-2101
                                         Palm Beach FL 33480-4410

(p)JPMORGAN CHASE BANK  N A              Comptroller of Public Accounts           Harris County ESD #09
BANKRUPTCY MAIL INTAKE TEAM              C/O Office of the Attorney General       c/o Jeannie L. Andresen
700 KANSAS LANE FLOOR 01                 Bankruptcy - Collections Division MC-008 Linebarger Goggan Blair & Sampson LLP
MONROE LA 71203-4774                     PO Box 12548                             PO Box 3064
                                         Austin TX  78711-2548                    Houston, TX 77253-3064

Harris County Water Control and          Harris County, et al.                    (p)INTERNAL REVENUE SERVICE
Improvement District #145                P.O. Box 2848                            CENTRALIZED INSOLVENCY OPERATIONS
11111 Katy Freeway, Suite 725            Houston, TX 77252-2848                   PO BOX 7346
Houston, TX 77079-2175                                                            PHILADELPHIA PA 19101-7346

JPMorgan Chase Bank, N.A.                Khan Development Inc                     LAW OFFICE OF NELSON M. JONES III
s/b/m/t Chase Bank USA, N.A.             P.O. Box 680608                          440 Louisiana
c/o Robertson, Anschutz, Schneid,        Houston Texas 77268-0608                 Suite 1575
Crane & Partners, PLLC                                                            Houston, Texas 77002-1053
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Lone Star College System                 PayPal Business                          Restaurant Technologies
c/o Jeannie L. Andresen                  P.O. Box 530075                          8781 West Rd Suite 190
Linebarger Goggan Blair & Sampson LLP    Atlanta, GA 30353-0075                   Houston, Texas 77064-1455
PO Box 3064
Houston, TX 77253-3064

Rewards Network Cash Advance             Rhodes Lang Consulting                   Small Business Administration
540 W Madison St Suite 2400              5414 Wisteria Brook Ln                   P.O. Box 3918
Chicago, Illinois 60661-2562             Spring, Texas 77379-3312                 Portland, OR 97208-3918
```

| | | |
|---|---|---|
| Texas Workforce Commission<br>Office of Attorney General<br>BK/Collections<br>P.O. BOX 12548, MC008<br>Austin, TX 787112548 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Unity National Bank<br>2602 Blodgett St.<br>Houston, Texas 77004-5316 |
| Unity National Bank, N.A.<br>c/o Kwame Caine<br>2602 Blodgett St.<br>Houston, TX 77004-5316 | Aaron W. McCardell Sr.<br>The McCardell Law Firm, PLLC<br>440 Louisiana<br>Suite 1575<br>Houston, TX 77002-1053 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Chase Business<br>P.O. Box 15299<br>Wilmington, DE 19850-5299 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Harris County Water Control and Improvemen | (d)Clarke Gibson Restaurant Group, LLC<br>8604 HWY 6 N<br>Houston, TX 77095-2101 | End of Label Matrix<br>Mailable recipients    34<br>Bypassed recipients     2<br>Total                  36 |